JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL QUINTON BONNER,<br><br>Petitioner,<br><br>v.<br><br>JOSIE GASTELO, Warden,<br><br>Respondent. | CASE NO. 2:18-CV-09916-DOC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and this action is dismissed with prejudice.

DATED: March 19, 2019

*David O. Carter*
HON. DAVID O. CARTER
U.S. DISTRICT JUDGE